UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 15-CR-00366 |
| v. ) | Honorable Matthew F. Kennelly |
| ) | Presiding Judge |
| STEVON SIMS ) | |

**MOTION FOR VISITATION**

Now Comes the Defendant, STEVON SIMS, by and through his attorney, JOSEPH R. LOPEZ, and moves this court to allow him to go visit his mother, and in support states as follows:

1. Mr. Sims who has been detained requested a visit with his mother who is in critical care at Alden Town Manor Rehabilitation Center in Cicero, Illinois.

2. USM Nicolas Gonzalez has been notified of this request and has provided details regarding the visit, including an estimated cost.

3. The USMS needs a court order to produce the defendant to the location.

4. Mr. Sims is responsible for all costs of transport.

5. The Government has no objection to this motion.

WHEREFORE, the Defendant requests that this Honorable Court enter an order granting Mr. Sims permission to visit his mother.

Respectfully submitted,

*/s/Joseph R. Lopez*

Joseph R. Lopez
Lopez & Lopez, LTD.
Attorney No. 6186582
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604   (312) 922-2001

## CERTIFICATE OF SERVICE

     I, Joseph R. Lopez, an attorney, certify that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing document was served on May 18, 2016, pursuant to the District Court's system as to ECF filers.

                                              Respectfully submitted,

                                              s/Joseph R. Lopez

Joseph R. Lopez
Lopez & Lopez, LTD.
Attorney No. 6186582
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604   (312) 922-2001